**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 33 WAL 2020

           Respondent                    :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

             v.                           :

                                           :

SONYA PORTER,                         :

                                           :

                   Petitioner                       :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 1st day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.